[No. 13044.  *En Banc.*  March 24, 1917.]

STATE BOARD OF MEDICAL EXAMINERS, *Appellant*, v. J. EUGENE JORDAN, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, French, J., entered April 13, 1915, upon findings in favor of the defendant, reversing the revocation of a physician's license, on appeal from an order of the medical board, after a hearing before the court. Reversed.

*The Attorney General* and *Howard Waterman, Assistant*, for appellant.

*Walter S. Fulton* (*Dorr & Hadley*, of counsel), for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the result reached in the opinion heretofore filed herein as reported in 92 Wash. 234, 158 Pac. 982, and the judgment is reversed.

---

[No. 12844.  *En Banc.*  April 3, 1917.]

CALHOUN, DENNY & EWING, *Appellant*, v. DAVID WHITCOMB, *Respondent*, ERNEST M. WHITCOMB, *Defendant*.[2]

Appeal from a judgment of the superior court for King county, Albertson, J., entered October 17, 1914, upon the verdict of a jury rendered in favor of the defendant, in an action for a broker's commission. Affirmed.

*Donworth & Todd*, for appellant.
*Albert H. Beebe* and *Turner, Hartge & Turner*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 90 Wash. 128, 155 Pac. 759, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 163 Pac. 925.
[2]Reported in 164 Pac. 61.